IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER PERKINS                                              PLAINTIFF

v.                         No: 4:17-cv-698 DPM

DOC HOLLADAY, Jail Administrator,
Pulaski County Regional Detention Facility                       DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Perkins hasn't updated his address; and the time to do so has passed. № 7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2018