# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRISTOPHER PERKINS                                              PLAINTIFF

v.                          No: 4:17-cv-698 DPM

DOC HOLLADAY, Jail Administrator,
Pulaski County Regional Detention Facility                       DEFENDANT

## JUDGMENT

Perkins's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2018